## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| | : | |
| v. | : | Mag. No. 22-6035 (DEA) |
| | : | |
| KARL S. RAINEAR | : | **CONTINUANCE ORDER** |

This matter having come before the Court on the joint application of
Philip R. Sellinger, United States Attorney for the District of New Jersey
(by Alexander E. Ramey, Assistant United States Attorney), and defendant Karl
S. Rainear (by Andrea Bergman, Assistant Federal Public Defender), for an
order granting a continuance of the proceedings in the above-captioned matter
from the date this Order is signed through October 3, 2022, to permit defense
counsel the reasonable time necessary for effective preparation in this matter
and to allow the parties to discuss the matter and conduct plea negotiations in
an effort to resolve the case before grand jury proceedings and trial; and the
defendant being aware that he has the right to have the matter submitted to a
grand jury within 30 days of the date of his arrest pursuant to Title 18, United
States Code, Section 3161(b); and no prior continuance having been entered;
and the defendant, through his attorney, having consented to the continuance;
and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be
continued for the following reasons:

(1)     Plea negotiations may soon commence, and both the United States and the defendant seek time to achieve a successful resolution of these negotiations, which would render trial of this matter unnecessary;

(2)     The failure to grant such a continuance would deny counsel for the defendant or the attorney for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

(3)     The defendant has consented to the aforementioned continuance;

(4)     The grant of a continuance will likely conserve judicial resources; and

(5)     Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this __12th__ day of August, 2022;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through October 3, 2022; and it is further

ORDERED that the period from the date this Order is signed through October 3, 2022, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge

2

Form and entry consented to:

Alexander E. Ramey
Assistant United States Attorney

Andrea Bergman
Assistant Federal Public Defender
Counsel for Defendant Karl S. Rainear